1 | Kevin M.(Casey) Christensen (Bar No. 168119)
CHRISTENSEN LAW GROUP
2 | 500 Ygnacio Valley Road, Suite 290
Walnut Creek, CA  94596-8711
3 | Telephone:     925.937.0800
Facsimile:      925.944.2112
4 |
Attorneys for Respondent
5 | ST. PAUL FIRE AND MARINE INSURANCE
COMPANY
6 |
7 |
8 | UNITED STATES BANKRUPTCY COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | OAKLAND DIVISION
11 |
12 | MATSON NAVIGATION COMPANY, INC.,          Case No.  CV 11 3571 lb
13 |                                          **STIPULATION CONTINUING HEARING**
                     Petitioner,            **DATE AND BRIEFING SCHEDULE FOR**
14 |                                          **PETITION FOR APPOINTMENT OF**
                     v.                     **ARBITRATOR [CIVIL LOCAL RULE 6-**
15 |                                          **2(a)]**
16 | ST. PAUL FIRE & MARINE
INSURANCE COMPANY,
17 |
                     Respondent.
18 |
19 |        The parties, through undersigned counsel, stipulate as follows:
20 |        1.      The dispute that is the subject of this lawsuit is subject to binding arbitration
21 | pursuant to prior agreement of the parties. On August 19, 2011, the parties stipulated to extend St.
22 | Paul's time to respond to Matson's Petition for Appointment of Arbitrator (the "Petition"), to and
23 | including September 16, 2011.
24 |        2.      On September 15, 2011, the parties reached preliminary agreement on an umpire,
25 | Hon. Charles Legge (Ret.).  The parties have or shortly will confirm with Judge Legge that he is
26 | willing to serve in that capacity.  Assuming he is, his appointment would render the Petition
27 | moot.
28 |        3.      In order to confirm Judge Legge's appointment, to minimize inconvenience to the

STIPULATION CONT. HEARING/
BRIEFING ON PETITION FOR
APPOINTMENT OF ARBITRATOR

1    Court, and to avoid unnecessary expense by the parties, the parties agree that the hearing on the

2    Petition, and all corresponding briefing not yet filed by the parties, should be continued to the

3    first available date on the Court's calendar after November 15, 2011. If, as is expected, the

4    parties are able to confirm Judge Legge's appointment in the interim, the Petition will be

5    dismissed by stipulation. If not, the parties will brief and present the Petition to the Court for

6    hearing according to the new hearing date.

7         4.      By virtue of the foregoing, the parties respectfully submit that good cause exists,

8    and respectfully request the Court, to continue the hearing on the Petition and all corresponding

9    briefing deadlines to a date not earlier than November 15, 2011.

10        IT IS SO STIPULATED.

11

12    Dated: September 15, 2011            LAW OFFICE OF RICHARD D. SHIVELY

13

14                                         Richard D. Shively

15                                         Attorneys for Petitioner

16                                         MATSON NAVIGATION COMPANY, INC.

17    Dated: September 15, 2011            CHRISTENSEN LAW GROUP

18

19

20                                         Kevin M. (Casey) Christensen

                                        Attorneys for Respondent

21                                         ST. PAUL FIRE & MARINE INSURANCE

22                                         COMPANY

23

24

25

26

27

28

STIPULATION CONT. HEARING/
BRIEFING ON PETITION FOR
APPOINTMENT OF ARBITRATOR

1

~~[PROPOSED]~~ ORDER

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

Dated: ~~September~~ October 6 , 2011

4

5

6

Hon. Laurel Beeler
United States Magistrate Judge
Northern District of California

7

8

**Plaintiff's petition (ECF No. 1) shall be heard by the court on Thursday, January 19, 2012**
9 **at 11:00 a.m.  Defendant shall file any opposition brief no later than December 8, 2011.**
10 **Plaintiff shall file any reply brief no later than December 15, 2011.**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION CONT. HEARING/
BRIEFING ON PETITION FOR
APPOINTMENT OF ARBITRATOR