Philip L. Pillsbury, Jr. (SBN 72261)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
ppillsbury@pillsburylevinson.com

Richard D. Shively (SBN 104895)
Law Office of Richard D. Shively
2861 Pennyroyal Drive
Chico, CA 95928
Telephone: (650) 219-1008
RShively.1982@gmail.com

Attorneys for Petitioner
MATSON NAVIGATION COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATSON NAVIGATION COMPANY, INC.,<br><br>Petitioner,<br><br>v.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>Respondent. | Case No. CV-11-3571 LB<br><br>**STIPULATION FOR DISMISSAL**<br>**[FRCP 41(a)(2)]** |

The parties, through undersigned counsel, stipulate as follows:

1. The petition for appointment of an umpire filed in this matter has become moot. The parties' arbitrators have selected the Honorable Fern Smith (ret.) as umpire pursuant to the arbitration agreement between the parties, and Judge Smith has accepted the appointment.

/ / /

2. The parties therefore respectfully and jointly request that the instant petition, and this action in its entirety, be dismissed without prejudice.

IT IS SO STIPULATED.

Dated: December 13, 2011

PILLSBURY & LEVINSON, LLP
Philip L. Pillsbury, Jr.

THE LAW OFFICE OF RICHARD D. SHIVELY
Richard D. Shively

By: _____
Philip L. Pillsbury, Jr.

Attorneys for Petitioner
MATSON NAVIGATION COMPANY, INC.

Dated: December 13, 2011

CHRISTENSEN LAW GROUP

By: _____
Kevin M.(Casey) Christensen

Attorneys for Respondent
ST. PAUL FIRE & MARINE INSURANCE COMPANY

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

-2-

STIPULATION FOR DISMISSAL                    Case No. CV-11-3571 LB

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 15, 2011

_____
Hon. Laurel Beeler
United States Magistrate Judge
Northern District of California